# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JEFFREY S MORRILL,

    Plaintiff,

v.                                                     CASE NO. 5:15-cv-00324-WTH-GRJ

DOCTORS MEMORIAL HOSPITAL, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (ECF No. 100). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 100, is adopted and incorporated by reference in this order.

2. The Motion to Dismiss at ECF No. 61 is granted with respect to any state-law medical negligence claim asserted by plaintiff against the Hospital and with respect to plaintiff's claim for declaratory or injunctive relief against the Hospital.

3. The Motion to Dismiss at ECF No. 61 is denied in all other respects.

4.  The Clerk shall not enter judgment at this time and shall refer the case back to the Magistrate Judge.

**DONE AND ORDERED** this *11th* day of December, 2017

_____
UNITED STATES DISTRICT JUDGE