# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JEFFREY S. MORRILL,

    Plaintiff,

v.                            CASE NO. 5:15cv324/MCR/GRJ

HOLMES COUNTY JAIL, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 30, 2018. ECF No. 131. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The case was abated for several months and reopened on November 9, 2018, and the time for filing objections was extended to November 29, 2018. No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 131, is adopted and incorporated by reference in this Order.

2. Defendant Doctors Memorial Hospital's Motion for Summary Judgment, ECF No. 102, is **GRANTED**.

3. Defendant Tim Brown's Motion for Summary Judgment, ECF No. 104, is **GRANTED**.

4. Defendant Lynn Lee's Motion for Summary Judgment, ECF No. 105, is **GRANTED**.

5. Defendant Raina Brown's Motion for Summary Judgment, ECF No. 106, is **GRANTED**.

6. Defendant Holmes County, Florida's Motion for Summary Judgment, ECF No. 107, is **GRANTED**.

7. The Clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 22nd day of January 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**